Cause No. WR-78,333-03
Tr. Ct. No. 06-CR-770-E
78,333-02,03

Ex parte,                    § In The Court Of
    Jorge Arellano          § Criminal Appeals At
                            § Austin, Texas

MOTION DENIED
DATE: 3-31-15
BY: PC

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 24 2015

Abel Acosta, Clerk

Emergency
Motion For Hearing By
Court of Criminal Appeals

To The Honorable Judge Of Said Court:

COMES NOW, the Petitioner, in the above-styled, and numbered cause to move this Court to Hear his Habeas Corpus, de novo, And in support show as follow:

I.

Petitioner filed Application for Writ of Habeas Corpus in Trial ct. After well over 181 days had pass without trial ct. entering propose findings of facts and conclusions of law, served to myself, nor had clerk forwarded Application to this Honorable Court of Criminal Appeals.

II.

As Remedy Petitioner filed Writ of Mandamus, to have District Clerk forward the Records. This Court of Criminal Appeals

Page1

accepted the Petitioners filing of Mandamus, And trial court forward Habeas application to this Court, Received 3/12/2015.

### III

Petitioner Never Received Trial Court's Proposed Findings of Facts And Conclusions of Law, As MANDATED by law pursuant to C.C.P. Art 11.07(7), indicating No such Findings, Conclusions, And Recommendation by trial court was made to this Court. And, if it were Petitioner was denied his Right to Object, due to No notice of its file, or service of copy, violating Texas Constitution Art I, section 19-Due Course of Law, and the 14TH Amendment to the United States Constitution Due Process of Law

### IV.

Petitioner Request Emergency Hearing to determine the Due Course and Due Process issue concerning the instant Habeas Proceedings And if it is shown the trial court made No FCR, this Court will issue ORDERS Designating Issues, And Review Petitioners habeas grounds of his claims of Constitutional Violations causing his illegal Restraint, And Rule on the merits of this claims de novo.

Page 2

**WHEREFORE, ALL CONSIDERED,**
the Petitioner prays this Court will issue an
ORDER to Conduct An Emergency Hearing,
before issuing decision on Habeas, concerning
the Due Course and Due Process issues possibly
violated in this Habeas proceeding and to
issue order designating issues and hear the
merits de novo,

Respectfully Submitted,

X _Jorge Cullen_ 3.19.015
Petitioner

## Certificate Of Service

I, certify a True and Correct copy of
this instrument has been served on the
District Attorney.
Mailed On: 3.20.015          X _Jorge Cullen_
Petitioner

## ORDER

Having heard this Motion, the Court, hereby,
issues An ORDER for this Motion to be:
Granted:_____     Denied:_____
Signed On:_____


X_____
Judge Presiding

Page 3